[Counsel listed on signature page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MESA DIGITAL, LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>APPLE INC.,<br><br>　　　　Defendant. | Case No. 4:19-cv-02403-YGR<br><br>**STIPULATION OF DISMISSAL** |

*IT IS SO ORDERED*
*Judge Yvonne Gonzalez Rogers*
*10/7/2019*

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Mesa Digital LLC ("Mesa") and Defendant Apple Inc. ("Apple") hereby stipulate to the dismissal of this action. As part of this stipulation, Mesa covenants that neither Mesa nor any successor-in-interest to Mesa will sue Apple, or any customer or supplier of Apple, for infringement of any claim of U.S. Patent Nos. 9,031,537; 9,646,444; and 10,182,144 for all past and present products made, used, or sold by Apple. All claims for relief asserted against Apple by Mesa herein are dismissed **WITH PREJUDICE**. All claims for relief asserted against Mesa by Apple are dismissed **WITHOUT PREJUDICE**. Each party to bear its own costs and attorneys' fees.

Date: <u>October 3, 2019</u>　　　　　　　　　　　　Respectfully submitted,

*/s/ Todd C. Atkins*　　　　　　　　　　　　　　　*/s/ Doug Winnard*

Todd C. Atkins (SBN 208879)　　　　　　　Michael T. Pieja (CA Bar No. 250351)
tatkins@atkinsdavidson.com　　　　　　　　Doug Winnard (CA Bar No. 275420)
ATKINS & DAVIDSON, APC　　　　　　　Shaun Zhang (*pro hac vice*)
2261 Rutherford Road　　　　　　　　　　GOLDMAN ISMAIL TOMASELLI
Carlsbad, CA 92008　　　　　　　　　　　BRENNAN & BAUM LLP
Tel: 619.665.3476　　　　　　　　　　　　564 W. Randolph St., Suite 400

Stipulation of Dismissal　　　　　　　　-1-　　　　　　　　Case No. 4:19-cv-2403-YGR

Matthew M. Wawrzyn
(*pro hac vice* )
*matt@wawrzynlaw.com*
WAWRZYN LLC
2700 Patriot Blvd, Suite 250
Glenview, IL 60026
Telephone: 847.656.5848

*Attorneys for Mesa Digital, LLC*

Chicago, IL 60661
Tel: (312) 681-6000
Fax: (312) 881-5191
mpieja@goldmanismail.com
dwinnard@goldmanismail.com
szhang@goldmanismail.com

Kenneth Baum (CA Bar No. 250719)
GOLDMAN ISMAIL TOMASELLI
BRENNAN & BAUM LLP
429 Santa Monica Boulevard, Suite 710
Santa Monica, CA 90401
Tel: (310) 576-6900
Fax: (310) 382-9974
kbaum@goldmanismail.com

*Attorneys for Defendant Apple Inc.*



IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

10/7/2019

## ATTESTATION FOR SIGNATURE

Pursuant to Civil L.R. 5-1(i)(3) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories.

Date: <u>October 3, 2019</u>  */s/ Todd C. Atkins*